JHC

FILED IN OPEN COURT
ON 5/2/07
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 7:07cr54-1F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | I N D I C T M E N T |
| | ) | |
| DONALD SCOTT | ) | |

The Grand Jury charges that:

On or about September 22, 2005, in the Eastern District of North Carolina, DONALD SCOTT, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

GEORGE E. B. HOLDING
United States Attorney

BY: JASON H. COWLEY
Assistant United States Attorney