

U. S. Department of Justice

*George E. B. Holding*
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*
*310 New Bern Avenue*
*Suite 800*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

**M E M O R A N D U M**

**FILED**

**MAY 0 2 2007**

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

DATE:       May 2, 2007

REPLY TO    George E.B. Holding, United States Attorney
ATTN OF:    Jason Cowley, Assistant United States Attorney GW

SUBJECT:    United States v. Donald Scott
            No. 7:07cr54-F, ~~Eastern~~ Southern Division

TO:         Dennis Iavarone, Clerk of Court
            United States District Court
            Eastern District of North Carolina

Please issue a warrant for the arrest of the above-named defendant, and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office.

The warrant should be returnable before a U.S. Magistrate Judge. Detention is recommended.


cc: U.S. Probation Office
    U.S. Marshal's Office