UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:07-CR-54-1F

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONALD SCOTT | NOTICE OF APPEAL |

      Pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, NOTICE IS HEREBY GIVEN that the defendant, DONALD SCOTT, appeals to the United States Court of Appeals for the Fourth Circuit from the judgment of conviction and sentence entered by the Court in the above-referenced matter. As judgment was entered by Honorable Senior United States District Judge James C. Fox on Tuesday, March 4, 2008, this notice is therefore filed within the time specification established under Rule 4(b).

      Respectfully requested this 5th day of March, 2008.

                                    THOMAS P. McNAMARA
                                    Federal Public Defender

                                    /s/ James A. Martin
                                    JAMES A. MARTIN
                                    Assistant Federal Public Defender
                                    Attorney for Defendant
                                    Office of the Federal Public Defender
                                    201 South Evans Street, Suite 153
                                    Greenville, North Carolina 27858
                                    Telephone: 252-830-2620
                                    Fax: 252-830-2232
                                    E-mail: Tony_Martin@fd.org
                                    N.C. State Bar No. 22185
                                    LR 57.1 Counsel
                                    Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

JASON H. COWLEY
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on March 5, 2008, using the CM/ECF system which will send notification of such filing to the above.

This the 5th day of March, 2008.

/s/ James A. Martin
JAMES A. MARTIN
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Tony_Martin@fd.org
N.C. State Bar No. 22185
LR 57.1 Counsel
Appointed