UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

DONALD SCOTT
        Petitioner

v.

UNITED STATES OF AMERICA
        Respondent

**Judgment in a 2255 Case**

Criminal Case No. 7:07-CR-54-F
Civil Case No.     7:10-CV-236-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on April 5, 2011, with service on:
Donald Scott 50924-056 United States Penitentiary - McCreary P.O. Box 3000 Pine Knot, KY 42635 (via U.S. Mail)
W. Ellis Boyle (via CM/ECF Notice of Electronic Filing)

April 5, 2011                                             /s/ Dennis P. Iavarone
                                                                           Clerk

Raleigh, North Carolina